# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | |   | | |
|---|---|---|---|---|
| **Case No.:** | 17-43802-PJS | | **Trustee Name:** | Karen E. Evangelista |
| **Case Name:** | PAM AND COMPANY HAIR SALON | | **Date Filed (f) or Converted (c):** | 03/17/2017 (f) |
| **For the Period Ending:** | 5/16/2017 | | **§341(a) Meeting Date:** | 04/26/2017 |
| | | | **Claims Bar Date:** | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | Checking Account at Citizens Business 6020 | $1.00 | Unknown | | $0.00 | Unknown |
| 2 | Office furniture Salon Equipment: Nine Station (hair cutting), three shampoo stations, desk equipment, dryers, dryer chairs, product display, hair product inventory, one computer, oak magazine case, twleve waiting chairs, washer, towel cabinets, and other office equipment(fax, desk,ect..) $0.00 | $10,000.00 | $10,000.00 | | $0.00 | $10,000.00 |

**TOTALS (Excluding unknown value)**                                                     **Gross Value of Remaining Assets**

                                  $10,001.00                           $10,000.00                                              $0.00           $10,000.00

**Major Activities affecting case closing:**

05/10/2017     Trustee with assistance of counsel, is investigating the value of the business and the assets.

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 03/17/2019 | /s/ KAREN E. EVANGELISTA |
| **Current Projected Date Of Final Report (TFR):** | | KAREN E. EVANGELISTA |