# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**IN THE MATTER OF:**
Pam & Company Hair Salon,

Debtor.

_____/

Bankruptcy Case No. 17-43802
Honorable Phillip J. Shefferly
Chapter 7

## TRUSTEE'S MOTION FOR ORDER APPROVING SALE OF ASSETS FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS

### Jurisdiction

1. The Trustee brings this motion under 11 U.S.C. § 363 and Fed. R. Bankr. P. 6004(c).

2. This is a core proceeding over which this Court has jurisdiction. See 28 U.S.C. §§ 157(b)(2)(N) and 1334.

### Background

3. On March 17, 2017, the Debtor filed a voluntary petition for relief under Chapter 7 of the U.S. Bankruptcy Code. Karen E. Evangelista is the Chapter 7 Trustee of the Debtor's bankruptcy estate.

4. The Trustee seeks to sell the Debtor's interest in any inventory, furniture, fixtures, and equipment now on the premises at 18732 Ecorse Rd., Allen Park, Michigan (the inventory furniture, fixtures, and equipment are collectively referred to as the "Assets").

5. The Debtor's Schedule D does not disclose any liens on the Assets (See Docket No. 9).

6. Steven Visconti has offered to purchase the Assets for $1,500.00. The Trustee has accepted the offer subject to further competitive bidding and bankruptcy court approval. A copy of list of Assets is attached as Exhibit A.

7. The estate's interest in the Assets will be sold "as is" and "where is", without representations or warranties, whether express or implied, including, but not limited to, any warranties of merchantability or fitness for a particular purpose.

## Request for Authority to Sell Assets Free and Clear of Liens, Claims, and Interests

8. The Trustee intends to sell the Assets free and clear of liens, claims and interests.

9. Section 363(b) of the bankruptcy code provides that the Trustee "after notice and a hearing, may use, sell, or lease, other than in the ordinary course of business, property of the estate."

10. Under § 363(f) of the bankruptcy code, a Trustee may sell property of the estate free and clear of all liens, claims, and interests asserted in or against the property being sold if-

- Such a sale is permitted under applicable nonbanrkutpcy law;
- The party asserting the interest consents to the sale;
- The property interest is a lien and the price at which such property is to be sold is great than the aggregate value of all liens on such property;

- The property interest is subject to a bona fide dispute; or

- The party asserting the property interest could be compelled, in a legal or equitable proceeding, to accept a money satisfaction for such interest.

11. The Court may approve a sale free and clear of all property interest, so long as one of the requirements of § 363(f) is satisfied. See In re Elliot, 94 B.R. 343, 345 (Bankr. E.D. Pa. 1988).

12. The Trustee believes that any property interests asserted against the Assets are subject to money satisfaction or meet one of the other § 363(f) requirements.

13. To the extent that any property interests are in effect or asserted in or against the Assets, those property interests will attach to the net proceeds of the proposed sale with the same validity and priority as they attach to the Assets.

14. The Trustee believes that a sound business justification exists for the sale on the terms of the sale of the Assets. The Assets are not necessary for any reorganization effort, there is equity in the Assets for the benefit of the estate, and the sale is subject to higher or better offers.

**Additional Sale Terms**

15. An auction sale of the Assets is set for July 28, 2017, at the offices of Stevenson & Bullock, P.L.C.

17. On or before July 21, 2017, persons wishing to submit competing bids on terms at least as favorable with Steven Visconti and must provide the Trustee with a cashier's check or money order deposit in the amount of at least $3,000.00. The successful bidder's deposit will be non-refundable and applied toward the purchase

price. Interested bidders must also provide evidence of an ability to close a cash sale. The Trustee will maintain sole discretion to determine if interest bidders are qualified to bid based on their ability to close.

18. Competing bids will begin at $3,000.00 and continue in increments of at least $1,000.00. The increments of $1,000.00 may be lowered at the Trustee's discretion.

19. If no other deposits are received by July 21, 2017, then no auction will occur, and the Trustee will close the sale based on the current offer.

## Conclusion

20. The Trustee requests that this Court enter an order in the form of the proposed order attached to this motion and grant such further relief as this Court deems appropriate.

/s/ Ernest M. Hassan, III(P67815)
Stevenson & Bullock, P.L.C.
Counsel for Trustee
26100 American Drive, Suite 500
Southfield, MI 48034
(248)354-7906 ext. 2224
ehassan@sbplclaw.com

Dated: July 6, 2017

EXHIBIT "1"

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**IN THE MATTER OF:**
Pam & Company Hair Salon,   Bankruptcy Case No. 17-43802
   Honorable Phillip J. Shefferly
   Debtor.   Chapter 7
_____/

## ORDER APPROVING SALE OF ASSETS
## FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS

Chapter 7 Trustee, Karen E. Evangelista, filed a motion to sell the Debtor's interest in any inventory, furniture, fixtures, and equipment now on the premises at 18732 Ecorse Rd., Allen Park, Michigan (the inventory furniture, fixtures, and equipment are collectively referred to as the "Assets") based on an offer of $1,500.00. All parties in interest were served with notice of the Trustee's motion, and no objections were timely filed or served. The Court is otherwise fully advised in this matter:

IT IS ORDERED as follows:

A. The Trustee's motion is granted in its entirety.

B. The proposed sale of the Assets for at least $1,500.00 under the terms of the motion is approved.

C. The Trustee may conduct an auction sale for the purpose of receiving higher or better offers on the Assets. The Trustee has sole discretion in determine whether an offer is higher or better.

D. The Assets will be sold free and clear of all liens, claims, and interests, with all such liens, claims, and interests attaching to the net proceeds of the sale to the same extent and having the same validity, priority, and enforceability as such interest had with respect to the Assets immediately before the sale. Any issues regarding the extent, validity, priority, and/or enforceability of any liens, claims, and/or interests against the Assets with respect to the net proceeds of the sale will be determined by this court at a later date.

E. The Trustee may execute such documents and agreements and perform such acts as may be necessary and appropriate to implement, effectuate, and consummate the sale.

F. All federal, state, and local governmental agencies or departments are ordered and directed to accept all filings necessary and appropriate to consummate the transactions contemplated by the offer.

G. The 14-day stay provided for in Bankruptcy rule 6004(h) does not apply to the sale, and this order is effective and enforceable immediately upon entry.

# EXHIBIT "A"

| | |
|---|---|
| 8 | waiting chairs |
| 2 | product stands |
| 2 | candy machines |
| 1 | coffee maker |
| 2 | hair dryers |
| 9 | barber chairs |
| 3 | hair washing chairs |
| 1 | cash register |
| 1 | mini fridge |
| 1 | Misc. mirrors and fixtures |
| 1 | set washer / dryer |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**IN THE MATTER OF:**
Pam & Company Hair Salon,

Debtor.
_____/

Bankruptcy Case No. 17-43802
Honorable Phillip J. Shefferly
Chapter 7

## NOTICE OF TRUSTEE'S MOTION FOR ORDER APPROVING SALE ASSETS FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS

Chapter 7 Trustee Karen E. Evangelista, has filed a motion to sell Debtor's interest in any inventory, furniture, fixtures, and equipment now on the premises at 18732 Ecorse Rd., Allen Park, Michigan (the inventory furniture, fixtures, and equipment are collectively referred to as the "Assets") based on an offer of $1,500.00. The Trustee has accepted the offer subject to further competitive bidding and bankruptcy court approval. The Trustee believes that this sale is in the best interest of the estate and creditors. The estate's interest in the Assets will be sold 'as is" and "where is", without representations or warranties, whether expressed or implied, including, but not limited to, and warranties of merchantability or fitness for a particular purpose.

  Date of proposed sale:  July 28, 2017 at 10:00 a.m.
  Location of sale:  Stevenson & Bullock, P.L.C.
           26100 American Drive, Suite 500
          Southfield, MI 48034

Terms of sale: On order before July 21, 2017, prospective bidders must provide the Trustee with a cashier's check or money order deposit in the amount of at least $3,000.00. The Assets will be sold based on the highest or best offer as determined by the Trustee. The successful purchaser's deposit will be non-refundable and applied toward the purchase price. If no other deposits are received by July 21, 2017, the no auction will occur, and the Trustee will close the sale based on the current offer. Other terms and conditions may be obtained by contacting Ernest M. Hassan, III, attorney for Trustee, at 26100 American Drive, Suite 500, Southfield, MI 4803, at 248.354.7906.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (if you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the motion, or if you want the Court to consider your views on the motion, then on or before 14 days from the date of service of this notice, you or your attorney must:

File with the Court a written objection or request for a hearing at:[1]
Intake Office
U.S. Bankruptcy court
211 West Fort Street
Detroit, Michigan 48226

If you mail you objection or request for hearing to the Court for filing, you must mail it early enough so the Court will receive it on or before the 14 day period expires.
You must also mail a copy to:
   Ernest M. Hassan, III
   Stevenson & Bullock, P.L.C.
   26100 American Drive, Suite 500
   Southfield, MI 48034

   If you or your attorney do not take these steps, the court may decide that you
   do not oppose the relief sought in the motion and may enter an order
   granting that relief.

July 6, 2017

/s/ Ernest M. Hassan, III(P67815)
Stevenson & Bullock, P.L.C.
Counsel for Trustee
26100 American Drive, Suite 500
Southfield, MI 48034
(248)354-7906 ext. 2229
ehassan@sbplclaw.com

---

[1] Objection or request for hearing must comply with F.R. Civ.P. 8(b),(c) and (e).

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN THE MATTER OF:
Pam & Company Hair Salon,                          Bankruptcy Case No. 17-43802
                                                   Honorable Phillip J. Shefferly
                Debtor.                            Chapter 7
_____/

## CERTIFICATE OF SERVICE

Ernest M. Hassan, III hereby certifies that on July 6, 2017 a copy of the <u>Trustee's Motion for Order Approving Sale of Assets Free and Clear of Liens, Claims, and Interests</u>, <u>Proposed Order</u>, <u>Notice</u>, and this <u>Certificate of Service</u> were served upon the following parties via the Court's CM/ECF (PACER) filing system and/or by United States Postal Service, First Class Mail:

| OFFICE OF THE U.S. TRUSTEE | Robert Visconti<br>rvisconti@swistaklevine.com |
|---|---|
| Randall A. Pentiuk<br>RPentiuk@PCK-Law.Com | Karen E. Evangelista<br>Kee1008_tee@sbcglobal.net |
| James P. Frego, II<br>fregolaw@aol.com | |

Ernest M. Hassan, III further certifies that a copy of the <u>Notice</u> was served on each and every party listed on the Debtor's matrix obtained from PACER on July 6, 2017.

                                      Respectfully submitted,
                                      **STEVENSON & BULLOCK, P.L.C.**

                                      By: <u>/s/ Ernest M. Hassan, III</u>
                                        Ernest M. Hassan, III (P67815)
                                        Counsel for Trustee
                                        26100 American Drive, Suite 500
                                        Southfield, MI 48034
                                        Phone: (248) 354-7906
                                        Facsimile: (248) 354-7907
                                        Email: <u>ehassan@sbplclaw.com</u>