## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**IN THE MATTER OF:**
Pam & Company Hair Salon,

Debtor.

_____/

Bankruptcy Case No. 17-43802
Honorable Phillip J. Shefferly
Chapter 7

## ORDER APPROVING SALE OF ASSETS
## FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS

Chapter 7 Trustee, Karen E. Evangelista, filed a motion to sell the Debtor's interest in any inventory, furniture, fixtures, and equipment now on the premises at 18732 Ecorse Rd., Allen Park, Michigan (the inventory furniture, fixtures, and equipment are collectively referred to as the "Assets") based on an offer of $1,500.00. All parties in interest were served with notice of the Trustee's motion, and no objections were timely filed or served. The Court is otherwise fully advised in this matter:

IT IS ORDERED as follows:

A. The Trustee's motion is granted in its entirety.

B. The proposed sale of the Assets for at least $1,500.00 under the terms of the motion is approved.

C. The Trustee may conduct an auction sale for the purpose of receiving higher or better offers on the Assets. The Trustee has sole discretion in determine whether an offer is higher or better.

D. The Assets will be sold free and clear of all liens, claims, and interests, with all such liens, claims, and interests attaching to the net proceeds of the sale to the same extent and having the same validity, priority, and enforceability as such interest had with respect to the Assets immediately before the sale. Any issues regarding the extent, validity, priority, and/or enforceability of any liens, claims, and/or interests against the Assets with respect to the net proceeds of the sale will be determined by this court at a later date.

E. The Trustee may execute such documents and agreements and perform such acts as may be necessary and appropriate to implement, effectuate, and consummate the sale.

F. All federal, state, and local governmental agencies or departments are ordered and directed to accept all filings necessary and appropriate to consummate the transactions contemplated by the offer.

G. The 14-day stay provided for in Bankruptcy rule 6004(h) does not apply to the sale, and this order is effective and enforceable immediately upon entry.

**Signed on July 31, 2017**

**H.**



/s/ Phillip J. Shefferly
**Phillip J. Shefferly**
**United States Bankruptcy Judge**